Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  14−11478−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trina D Herring
   1524 Baird Blvd
   Camden, NJ 08103

Social Security No.:
   xxx−xx−5328

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/9/18 at 10:00 AM

to consider and act upon the following:

*61* − Motion for Payment of Unclaimed Funds in the Amount &#036 $870.00 Filed by Trina D Herring. Hearing scheduled for 1/9/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Brief # 3 Certificate of Service # 4 Proposed Order) (bc)

Dated: 12/5/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court