UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's *[Enter the title of the motion]* __Unclaimed Refunds__, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* __Unclaimed Refund__

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*