UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Trina D Herring

Case No.: 14-11478

Adv. No.:

Hearing Date: 4/3/18

Judge: Chief Judge Kathryn C. Ferguson

CORRECTED

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The court having heard the motion filed by _____Trina D Herring_____, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of _____$870.00_____ will be forwarded to _____Trina D Herring_____ at the following address:

  Trina D Herring_____

  1524 Baird Blvd._____

  Camden, NJ 08103_____

  _____

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-11478-ABA
Trina D Herring                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Apr 05, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Trina D Herring,    1524 Baird Blvd,    Camden, NJ 08103-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company njecfmail@mwc-law.com
              David Vincent Mignardi    on behalf of Creditor    Bank of America, N.A. dmignardi@eckertseamans.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Midland Mortgage jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor Trina D Herring wilson.schroedinger@comcast.net
                                                                                             TOTAL: 9